Community Radiology Servs., PC v MVAIC (2021 NY Slip Op 51054(U))

[*1]

Community Radiology Servs., PC v MVAIC

2021 NY Slip Op 51054(U) [73 Misc 3d 135(A)]

Decided on November 10, 2021

Appellate Term, First Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on November 10, 2021
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Edmead P.J., Hagler, Silvera, JJ.

570143/21

Community Radiology Services, PC a/a/o
Lydia Rivera, Plaintiff-Respondent,
against
MVAIC, Defendant-Appellant.

Defendant appeals from an order of the Civil Court of the City of New York, New York
County (Denise M. Dominguez, J.), dated October 28, 2020, which denied its motion for
summary judgment dismissing the complaint.

Per Curiam.
Order (Denise M. Dominguez, J.), dated October 28, 2020, affirmed, without costs. 
Defendant MVAIC's motion for summary judgment dismissing this first-party no-fault action
was properly denied. The burden is on MVAIC to prove its "lack of coverage" defense in support
of its motion for summary judgment (see
e.g. Pomona Med. Diagnostic, P.C. v MVAIC, 32 Misc 3d 140[A], 2011 NY Slip Op
51573[U] [App Term, 1st Dept 2011]). Here, MVAIC failed to demonstrate the absence of
triable issues of fact as to whether assignor Lydia Rivera is the "de facto" owner of the vehicle
she was operating, and therefore not a "qualified person" entitled to no-fault benefits (Insurance
Law § 5202[b]). Given the evidence in the record indicating that the vehicle was purchased
by and registered to one Melvin Cintron, and that Cintron paid for the vehicle's insurance, the
contrary proof relied upon by MVAIC, primarily the assignor's EUO testimony concerning her
relationship to Cintron and the vehicle, raises, rather than eliminates, triable issues of fact
regarding ownership of the vehicle which can only be resolved at trial (see Gagliardi v MVAIC, 66 Misc 3d
132[A], 2019 NY Slip Op 52083[U] [App Term, 1st Dept 2019]; Karina K. Acupuncture, P.C. v
MVAIC, 55 Misc 3d 139[A], 2017 NY Slip Op 50546[U] [App Term, 1st Dept 2017]).

THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: November 10, 2021